The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and ASMODEE GROUP SAS, a foreign simplified joint stock company,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL KATZ, an individual; GIG TRADING INC., a New York corporation; and DOES 1-10,<br><br>Defendants. | No. 2:21-cv-00850-RAJ-BAT<br><br>STIPULATED MOTION AND ORDER TO EXTEND INITIAL SCHEDULING DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>August 4, 2022 |

## I.  STIPULATED MOTION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiffs Amazon.com, Inc. and Asmodee Group SAS ("Plaintiffs") and Defendants Samuel Katz and Gig Trading Inc. ("Defendants"), by and through their undersigned counsel, respectfully request that the Court enter the parties' stipulation below. The parties respectfully submit that good cause exists to extend the case deadlines, as explained below.

The parties are engaged in active settlement discussions. These discussions have been fruitful, and the parties believe they are close to reaching a resolution. Accordingly, the parties have agreed to an extension of the initial scheduling deadlines as follows:

STIPULATED MOTION AND
ORDER TO EXTEND DEADLINES - 1
Case No. 2:21-cv-00850-RAJ-BAT

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

| Deadline | Initial Date | Revised Date |
|---|---|---|
| Deadline for Fed. R. Civ. P. 26(f) Conference: | 6/11/2022 | 9/9/2022 |
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | 7/25/2022 | 9/23/2022 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f): | 8/8/2022 | 10/7/2022 |

IT IS SO STIPULATED.

Respectfully submitted this 4th day of August, 2022.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ *Scott R. Commerson*

Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C.
*Attorneys for Defendants*

s/ *Mayer Klein (per email authorization)*
Mayer Klein
231 S. Bemiston Avenue, Suite 1111
Clayton, Missouri 63105
Tel: (314) 725-8000
Fax: (314) 726-5837
Email: mklein@frankelrubin.com

Miriam A. Hirsch
231 S. Bemiston Avenue, Suite 1111
Clayton, Missouri 63105
Tel: (314) 725-8000
Fax: (314) 726-5837
Email: mhirsch@frankelrubin.com

STIPULATED MOTION AND
ORDER TO EXTEND DEADLINES - 2
Case No. 2:21-cv-00850-RAJ-BAT

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**ORDER**

IT IS SO ORDERED.

DATED this 5th day of August, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATED MOTION AND
ORDER TO EXTEND DEADLINES - 3
Case No. 2:21-cv-00850-RAJ-BAT

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax