The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| AMAZON.COM, INC., a Delaware corporation; and ASMODEE GROUP SAS, a foreign simplified joint stock company, | No. 2-21-cv-00850-RAJ-BAT |
|---|---|
| Plaintiffs, | **ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE** |
| v. | |
| SAMUEL KATZ, an individual; GIG TRADING INC., a New York corporation; and DOES 1-10, | |
| Defendants. | |

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s ("Amazon") and Asmodee Group SAS's ("Asmodee") Unopposed Motion for Continuance (the "Motion"). For good cause shown, it is hereby ORDERED that:

The Motion is GRANTED. The Court extends the deadlines for the parties to confer under Federal Rule of Civil Procedure 26(f), serve initial disclosures under 26(a)(1), and file a joint status report under Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f) as follows:

| **Deadline** | **Current Date** | **Revised Date** |
|---|---|---|
| Deadline for Fed. R. Civ. P. 26(f) Conference: | 11/8/2022 | 12/23/2022 |

[PROPOSED] ORDER GRANTING
UNOPPOSED MOT. FOR CONTINUANCE
Case No. 2:21-cv-00850-RAJ-BAJ - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| Deadline | Current Date | Revised Date |
|---|---|---|
| Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1): | 11/22/2022 | 1/6/2023 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f): | 12/5/2022 | 1/19/2023 |

SO ORDERED this 5th day of December, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorney for Plaintiffs*

By *s/ Scott Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] ORDER GRANTING
UNOPPOSED MOT. FOR CONTINUANCE
Case No. 2:21-cv-00850-RAJ-BAJ - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax